# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel Obremski<br>Tami Obremski<br>　　　　　　　　　Debtor(s)<br><br>COMMUNITY LOAN SERVICING, LLC<br>　　　　　　　　　Movant<br>　vs.<br><br>Daniel Obremski<br>Tami Obremski<br>　　　　　　　　　Debtor(s)<br><br>Robert H. Slone Esq.<br>　　　　　　　　　Trustee | BK NO. 21-21294 GLT<br><br>Chapter 7 |

## COMMUNITY LOAN SERVICING, LLC'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor COMMUNITY LOAN SERVICING, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 17 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 3/1/2020 through 7/1/2021. Creditor holds a secured interest in real property commonly known as 3533 Route 130 Irwin, PA 15642. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 8/1/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement

with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Dated: June 14, 2021

/s/Maria Miksich Esquire
Maria Miksich Esquire
Attorney I.D. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3589
mmiksich@kmllawgroup.com