## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                        :        Bankruptcy No. 21-21294
    **Daniel Obremski**                                  :
    **Tami Obremski**                                    :        Chapter 7
                                                              :
             Debtor           :
                                                              :        Related to Document Nos. 14 &15
    **Daniel Obremski**                                  :
    **Tami Obremski**                                    :
                                                              :
Movant                                                        :
                                                              :
           v.                            :
                                                              :
No Respondent                                                 :

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,    **Robert O Lampl 19809**    , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Robert O Lampl**

    Signature
    **Robert O Lampl 19809**

    Typed Name
    **Benedum Trees Building**
    **223 Fourth Avenue, 4th Floor**
    **Pittsburgh, PA 15222**

    Address
    **412-392-0330 Fax:412-392-0335**

    Phone No.
    **19809 PA**

    List Bar I.D. and State of Admission

Artisan Colour Spa - Salon, Inc.
3533 Route 30
Irwin, PA 15642

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128