Form 154

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

29

In re:                                                                                          Bankruptcy Case No.: 21−21294−GLT

                                                                                                Chapter: 7

**Daniel Obremski**                                                               Tami Obremski
Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **October 6, 2021**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                      Michael R. Rhodes
U.S. Bankruptcy Court                                                              *Clerk, U.S. Bankruptcy Court*
c/o CLAIMS CLERK
5414 U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Dated: 7/28/21

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21294-GLT |
| Daniel Obremski | Chapter 7 |
| Tami Obremski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 28, 2021 | Form ID: 154 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Obremski, Tami Obremski, 3533 Route 130, Irwin, PA 15642-1497 |
| 15388928 | | Artisan Colour Spa - Salon, Inc., 3533 Route 30, Irwin, PA 15642 |
| 15381037 | + | Christopher Azzara, Strassburger McKenna Gutnick & Gefsky, 444 Liberty Avenue, Suite 2200, Pittsburgh, PA 15222-1208 |
| 15381039 | + | Financial Pacific, 3455 S. 344th Way, Federal Way, WA 98001-9546 |
| 15381041 | + | Knight Capital Funding, LLC, 9 East Loockerman St, Suite 202-543, Dover, DE 19901-8306 |
| 15381042 | + | Macys, PO Box 790003, Saint Louis, MO 63179-0003 |
| 15381044 | + | Principis Capital, 111 Town Square Place, Suite 700, Jersey City, NJ 07310-2768 |
| 15381045 | + | Regional Development Partners, 5544 Darlington Ave, Pittsburgh, PA 15217-1508 |
| 15381046 | + | TJX Companies, Inc., 770 Cochituate Road, Framingham, MA 01701-4698 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 29 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15381035 | | EDI: BANKAMER.COM | Jul 29 2021 03:13:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 15381038 | + | EDI: LCIBAYLN | Jul 29 2021 03:13:00 | Community Loan Servicing , LLC, PO Box 740410, Cincinnati, OH 45274-0410 |
| 15381040 | + | EDI: IRS.COM | Jul 29 2021 03:13:00 | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 15381043 | + | EDI: DAIMLER.COM | Jul 29 2021 03:13:00 | Mercedes-Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 15382242 | | EDI: PENNDEPTREV | Jul 29 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15382242 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15381244 | + | EDI: RMSC.COM | Jul 29 2021 03:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason   Name and Address**

| | | | |
|---|---|---|---|
| cr | | | Community Loan Servicing, LLC |
| cr | | | Regional Development Partners-Blue Spruce, LP |
| 15381036 | | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 15388929 | | *+ | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Azzara | on behalf of Creditor Regional Development Partners-Blue Spruce  LP cazzara@smgglaw.com, ccallahan@smgglaw.com;kmaiorano@smgglaw.com;klaraba@smgglaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert O Lampl | on behalf of Joint Debtor Tami Obremski rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com |
| Robert O Lampl | on behalf of Debtor Daniel Obremski rol@lampllaw.com jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com |

TOTAL: 7