**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel Obremski<br>Tami Obremski<br>    Debtor(s)<br><br>**COMMUNITY LOAN SERVICING, LLC**<br>    Movant<br>vs.<br><br>Daniel Obremski<br>Tami Obremski<br>    Debtor(s)<br><br>Robert H. Slone Esq.,<br>    Trustee | BK NO. 21-21294 GLT<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**
**NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 21, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Daniel Obremski
3533 Route 130
Irwin, PA 15642

Tami Obremski
3533 Route 130
Irwin, PA 15642

Attorney for Debtor(s)
Robert O. Lampl, Esq.
Robert O Lampl Law Office
Benedum Trees Building, 223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

Trustee
Robert H. Slone Esq.
223 South Maple Avenue (VIA ECF)
Greensburg, PA 15601

Method of Service: electronic means or first class mail

Dated: September 21, 2021

**/s/Maria Miksich Esquire**
Maria Miksich Esquire
Attorney I.D. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3589
mmiksich@kmllawgroup.com